The People of the State of Illinois for use of Henry J. Schaefer, Appellee, v. George Wirtz et al.

On Appeal of Joseph Thome and John Doornek, Appellants.

Gen. No. 18,433.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JAMES C. MARTIN, Judge, presiding. Heard in this court at the March term, 1912. Affirmed. Opinion filed January 12, 1914.

### Statement of the Case.

Action by the People of the State of Illinois for the use of Henry J. Schaefer against George Wirtz and others on a guardian's bond. From a judgment entered against the defendants for twelve thousand dollars in debt and one thousand nine hundred dollars in damages to be satisfied upon the payment of the damages with costs and interest, Joseph Thome and John Doornek, two of the defendants, appeal.

PINES & NEWMANN, for appellants; JULIUS M. KAHN, of counsel.

ROCCO DE STEFANO, for appellee.

MR. JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. GUARDIAN AND WARD, § 97*—*when record shows suit on guardian's bond is brought in the name of the People*. A suit on a guardian's bond is shown to have been brought in the name of the People where the record shows that the plaintiff named in the *praecipe* is "People of the State of Illinois, for use of Henry J. Schaefer" and the plaintiff is so named in the statement of claim and other papers filed in the case, though the summons calls upon defendants to answer unto "Henry J. Schaefer."

2. MUNICIPAL COURT OF CHICAGO, § 5*—*judicial notice of rules by*

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

*Appellate Court.* Section 20 of Municipal Court Act, J. & A. ¶ 3332, *held* not to require the Appellate Court to take judicial notice of a rule of the Municipal Court, since that section was declared unconstitutional in *Sixby v. Chicago City Ry. Co.*, 260 Ill. 478.